**114**

COMMONWEALTH of Kentucky, DEPART-
MENT OF HIGHWAYS, Appellant,

v.

Betty Williams BAILEY and Bobby L.
Bailey, husband, Appellees.

Court of Appeals of Kentucky.

Nov. 8, 1974.

James D. Robinson, Dept. of Highways, Frankfort, Robert M. Alexander, Carter & Alexander, Glasgow, Charles W. Huddleston, Bowling Green, for appellant.

Harry W. Berry. Glasgow, for appellees.

Memorandum Opinion PER CURIAM, Affirming.*

COMMONWEALTH of Kentucky, DEPART-
MENT OF HIGHWAYS,

v.

William Harold PACE et al.

Court of Appeals of Kentucky.

Nov. 8, 1974.

James D. Robinson, Gen. Counsel, Dept. of Highways, Frankfort, Robert M. Alexander, Carter & Alexander, Glasgow, Charles W. Huddleston, Bowling Green, for appellant.

Richard L. Garnett, Glasgow, for appellees.

Memorandum Opinion PER CURIAM, Reversing.*

Randall H. SMITH and Carolyn Smith,
Appellants,

v.

Kenneth M. BAILEY, Jr., Appellee.

Court of Appeals of Kentucky.

Nov. 8, 1974.

Athol L. Taylor, Taylor & Waller, Shepherdsville, for appellants.

J. D. Buckman, Jr., Shepherdsville, for appellee.

Memorandum Opinion of the Court by Chief Justice OSBORNE, Reversing.*

* Opinion ordered not to be published.